

## Short-Term Financing

Short-term financing can help you take care of immediate needs in your business, whether that is a cash-flow shortfall or a new business opportunity. No collateral is required for short-term financing, the required documentation is limited and perfect credit not needed. Nearly every industry can get short-term financing.

learn more

**Benefits**

- No collateral required
- Limited documentation needed
- Perfect credit not required
- Nearly every industry accepted



## Invoice Financing

Invoice financing is based on your outstanding invoices or receivables, and the underwriting process is based on your customer, not your business. Minimal documentation is required and there are no pre-payment penalties.

learn more

**Benefits**

- Quick access to future receivables
- Customer based underwriting process
- Minimal documentation required
- No pre-payment penalties



## Business Line Of Credit

A line of credit is a flexible short-term financial tool that you can use for a variety of business needs, from working capital to purchasing inventory and more. You draw it down as needed and repay weekly.

learn more

**Benefits**

- Only pay interest on funds drawn
- Credit is available when needed
- Nearly every industry accepted
- May require collateral



## SBA Loan

An SBA loan is a low-interest, government-backed loan, with the longest terms and lowest rates available. Repaid monthly, it is

**Benefits**

- Longest terms and lowest rates available



EXHIBIT MM